# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CHARLES ACERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGIA THOMATOS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-01308-BAM PC<br><br>ORDER DISMISSING ACTION, FOR FAILURE TO STATE A CLAIM<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

　　　　Plaintiff Steven Charles Acero ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on July 22, 2010. Plaintiff consented to the jurisdiction of the Magistrate Judge on August 4, 2010. (ECF No. 9.) On October 4, 2011, an order issued dismissing the complaint, with leave to amend for failure to state a claim. (ECF No. 15.) 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file a first amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims. On November 3, 2011, Plaintiff was granted a sixty day extension of time to file an amended complaint. (ECF No. 18.) On January 6, 2012, Plaintiff was granted a second sixty day extension of time to file an amended complaint. (ECF No. 21.) More than sixty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

　　　　Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

relief may be granted. The Clerk's Office SHALL enter judgment against Plaintiff. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). <u>Silva v. Vittorio</u>, No. 08-15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26, 2011).

    IT IS SO ORDERED.

**Dated:**    **March 20, 2012**            /s/ **Barbara A. McAuliffe**
                                                      UNITED STATES MAGISTRATE JUDGE